PIPKIN v. THOMAS & HILL, INC.

No. 39 PC.

Case below: 33 N.C. App. 710.

Petition by defendant for discretionary review under G.S. 7A-31 allowed only as to question of the appropriate measure of damages 4 October 1977.

STATE v. ADAMS

No. 6 PC.

Case below: 33 N.C. App. 637.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 October 1977.

STATE v. AGNEW

No. 1 PC.

Case below: 33 N.C. App. 496.

Petition by Attorney General for discretionary review under G.S. 7A-31 allowed 12 September 1977.

STATE v. BAILEY

No. 22 PC.

Case below: 33 N.C. App. 756.

Petition by defendant for discretionary review under G.S. 7A-31 denied 12 September 1977.

STATE v. BANKS

No. 16 PC.

Case below: 33 N.C. App. 637.

Petition by defendants for discretionary review under G.S. 7A-31 denied 12 September 1977.